UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JENNY BROWN, et al.  )  <br> PLAINTIFF,  ) <br> ) <br> VS.  ) <br> ) <br> ASSET ACCEPTANCE, LLC,  ) <br> DEFENDANT.  ) | CIVIL ACTION NO.: <br> 4:13-cv-84-CDP |

**DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), plaintiff hereby dismisses this action without prejudice. No defendant has filed a responsive pleading and no defendant has filed a motion for summary judgment. The claims of the putative class members of the uncertified class are also dismissed without prejudice.

### BURKE LAW OFFICES, LLC

/s/  Alexander H. Burke
Alexander H. Burke
155 N. Michigan Ave.
Suite 9020
Chicago, IL 60601
Telephone:   (312) 729-5288
Fax:             (312) 729-5289
Email:          aburke@burkelawllc.com
Pro Hac Vice Application to be Filed

### HEALEY LAW, LLC

/s/ Robert T. Healey
Robert T. Healey
EDMO # 34138MO
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Telephone:   (636) 536-5175
Fax:             (636) 590-2882
Email:          bob@healeylawllc.com
Co-Counsel for Plaintiffs